

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2013

No. 04-13-00174-CV

**IN THE INTEREST OF L.H.**, a child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against Appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on July 17, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2013.

_____
Keith E. Hottle, Clerk